JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE COLEMAN, | CASE NO:  2:20-cv-05025-DSF-KS |
| Plaintiff, | Honorable Judge Dale S. Fischer |
| vs. | **ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| CROSSMARK INCORPORATED, et al., | |
| Defendants. | Complaint Filed:   May 1, 2020<br>Trial Date:   Not Set |

The Court having received the Joint Stipulation of the parties and good cause appearing, it is hereby ORDERED:

That Plaintiff Horace Coleman's complaint is dismissed in its entirety with prejudice.  All parties shall bear their own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

DATED:  January 6, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE